# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD ATENCIO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA; and ASML US, LLC GROUP LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant. | Case No. 5:24-cv-00975-KK-DTBx<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: __December 12__, 2024

_____
Hon. Kenly Kiya Kato
United States District Court Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4910-8756-3781 v1

1

Case No. 5:24-cv-00975-KK-DTBx
ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE